## **INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| A | Oakland Physicians Medical Group, LLC's Consent to Removal |
| B | Oakland Physicians Medical Group, LLC's Employee Welfare Benefit Plan |
| C | Summons |
| D | State Court Complaint |