# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **PABLO SANCHEZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. ) **Case No.**<br>)<br>**OAKLAND PHYSICIANS MEDICAL** )<br>**GROUP, LLC d/b/a DOCTORS HOSPITAL** )<br>**OF MICHIGAN, and NGS AMERICAN, INC.** )<br>**d/b/a NGS CORESOURCE, a Michigan** )<br>**Corporation, Jointly, Severally, and** )<br>**Individually,** )<br>)<br>**Defendants.** ) | |

## CONSENT TO REMOVAL

Defendant, OAKLAND PHYSICIANS MEDICAL GROUP, LLC d/b/a DOCTORS HOSPITAL OF MICHIGAN, ("DOCTORS HOSPITAL"), by Bruce L. Sendek, its undersigned attorney, in accordance with 28 U.S.C. § 1446, hereby consents to the removal of this matter by Defendant, NGS AMERICAN, INC. d/b/a NGS CORESOURCE, a Michigan Corporation, from the Circuit Court for the County of Oakland, designated as Case No. 2015-146007-ck, to the United States District Court for the Eastern District of Michigan, Southern Division, in accordance with 28 U.S.C. § 1441.

Dated: April 17, 2015            Respectfully submitted,

                                 OAKLAND PHYSICIANS

                          MEDICAL GROUP, LLC d/b/a DOCTORS HOSPITAL OF MICHIGAN

                          By: <u>s/ with consent of Bruce L. Sendek</u>
                                Bruce L. Sendek
                                BUTZEL LONG
                                150 West Jefferson Ave.
                                Suite 100
                                Detroit, Michigan 48226
                                (313) 225-7000
                                sendek@butzel.com
                                P28095

NGS AMERICAN, INC. d/b/a NGS CORESOURCE, a Michigan Corporation

By: <u> s/ Craig M. Bargher        </u>
      One of its Attorneys
Elizabeth G. Doolin
Craig M. Bargher
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison St., Suite 1400
Chicago, IL 60606
312.281.3600
312.281.3678 fax
edoolin@cmn-law.com
Illinois Bar No. 06210358
cbargher@cmn-law.com
Illinois Bar No. 6215735