# Exhibit D

This case has been designated as an eFiling case. To review a copy of the
Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/efiling.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

PABLO SANCHEZ,

                     Plaintiff,

VS.

OAKLAND PHYSICIANS MEDICAL GROUP, LLC
D/B/A DOCTORS HOSPITAL OF MICHIGAN,
AND NGS AMERICAN, INC. D/B/A NGS
CORESOURCE, A MICHIGAN CORPORATION
Jointly, Severally, and Individually,

                     Defendants.

2015-146007-ck
JUDGE ANDERSON

CASE NO: 2015-     -CK
HON:

_____/

| | |
|---|---|
| KELLER & AVADENKA, P.C.<br>By: BARRY F. KELLER (P15806)<br>ANN MARIE PERVAN (P45213)<br>Attorneys for Plaintiff<br>2242 S. Telegraph Rd., Ste. 100<br>Bloomfield Hills, Mi 48302<br>Tele: 248-335-9266<br>Fax: 248-335-6128 | OAKLAND PHYSICIANS MEDICAL GROUP,<br>LLC D/B/A DOCTORS' HOSPITAL OF<br>MICHIGAN<br>R/A: Shari L. Alder<br>461 West Huron<br>Pontiac, MI 48341<br><br>NGS AMERICAN, INC. D/B/A<br>NGS CORESOURCE<br>R/A: Peter R. Griffin<br>19800 Hall Road, P.O. Box 2310<br>Mt. Clemens, MI 48046 |

_____/

## COMPLAINT

### COMMON ALLEGATIONS

!.     Plaintiff, Pablo Sanchez, is a resident of the City of Lapeer, County of Lapeer, and State

of Michigan.

2.     Defendant, Oakland Physicians Medical Center, LLC d/b/a Doctor's Hospital of

Michigan (hereafter: Doctors' Hospital or Doctors') is a Michigan Limited Liability

Company, incorporated in the State of Michigan with a resident agent of Shari L. Adler,

461 W. Huron, Pontiac, MI 48341.

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12

3. Defendant, NGS American, Inc. d/b/a NGS CoreSource (hereafter: NGS), is a Michigan Corporation, incorporated in the State of Michigan with a resident agent of Peter R.   Griffin, 19800 Hall Road, P.O. Box 2310, Mt. Clemens, MI 48046.

4. The amount in controversy is in excess of the sum of Twenty-Five Thousand Dollars ($25,000.00), exclusive of cost, interest, and attorney fees.

5. At all relevant times, all transactions related to this litigation occurred in the County of Oakland, State of Michigan.

6. Jurisdiction is sought under section 502 (a)(1) (B), 29USC Sec. 1132 (a) ERISA. Concurrent jurisdiction is provided for in this action as Plaintiff is seeking benefits.

## COUNT I

## ERISA

7. Plaintiff was an employee of Defendant, Doctors' Hospital, until October 2012. At that time he went on leave, and then applied for short term disability. During this period his employer was deducting premiums for his medical coverage under Defendant's employee health care plan. Defendant NGS CoreSource was the Plan Administrator.

8. On May 8, 2013, Plaintiff received a Notice of Eligibility for Group Health Plan COBRA Coverage attached as Exhibit-1.

9. Attached to the Notice of Eligibility for Group Health Plan Coverage was Certificate of Group  Health Plan Coverage attached as Exhibit-2

10. Plaintiff received Notice of Eligibility for Group Health Plan COBRA coverage and   timely paid the premium on May 6, 2013. A copy of the Check # 3449 payable to NGS is attached as Exhibit-3.

11. Defendant, NGS, cashed check #3449 by depositing the same to their account on May 9, 2013. A copy of the transaction is attached as Exhibit-3.

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12

12.   At all relevant times Plaintiff understood that he had paid for and was entitled to Health

Care Benefits pursuant to the Plan.

13.   Plaintiff, relying on the fact that he made all contributions for his health coverage and

that his employer, Doctors' Hospital, had made payments to the Defendant, NGS,

underwent surgery on April 30, 2013 at McLaren Oakland located in Pontiac, Michigan.

14.   Due to the surgical services, medical care and rehabilitation, Plaintiff incurred a bill in

the amount of $40,505.00 which remains unpaid and outstanding as of the date of      filing

this suit.

15.   Plaintiff has received several notices for payment from McLaren which he has submitted

to the Defendants.

16.   Defendants remain liable to the Plaintiff under the Group Health Plan Coverage

pursuant to Section 502 (a)(1)(B) 29 USC Sec. 1132 (a) for payment of the outstanding

medical bill in the amount of $40,505.00.

17.   Due to the failure of the Defendants to pay the outstanding medical bill to McLaren

Hospital, Plaintiff has had to secure the services of an attorney, and is requesting attorney

fees, and cost for pursuing this action.

WHEREFORE, Plaintiff prays for damages against the Defendants, jointly, severally, and

individually for an amount in excess of the sum of Twenty-Five Thousand Dollars ($25,000.00),

including court cost, and attorney fees.

**COUNT II**

18.   Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-17,

paragraph by paragraph and word for word.

19.   Plaintiff was a participant in Defendant, Doctors' Hospital Group Health Plan.

Defendant, NGS, was  the plan administrator.

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12

20. At all relevant times Plaintiff paid his premiums thru the payroll deduction plan, with the exception of his last payment which was paid directly to Defendant NGS.

21. Defendant, Doctors' Hospital, was under a fiduciary and contractual duty to use the funds deducted from Plaintiff's benefits for the payment of his medical coverage.

22. Defendant, NGS, was under a contractual duty to maintain and provide Plaintiff with health care coverage.

23. Defendants breached their agreement with Plaintiff by failing to maintain his eligibility for Medical Coverage thru the dates of his treatment at McLaren Hospital.

24. Defendants remain liable to Plaintiff and McLaren Hospital for the payment of the present outstanding medical amounts due and owing.

25. Defendant, Doctors' Hospital, has violated the provisions of MCL 408.477 by deducting monies from Plaintiff's wages and/or disability payments and failing to pay the monies to the Defendant, NGS, to insure that Plaintiff's medical coverage was maintained during the covered period as identified in this action.

WHEREFORE, Plaintiff prays for damages against the Defendants, jointly, severally, and individually for an amount in excess of the sum of Twenty-Five Thousand Dollars ($25,000.00), including court cost, and attorney fees.

Respectfully submitted,

KELLER & AVADENKA, P.C.

_____/s/ Barry F. Keller_____
Barry F. Keller
Attorney for Plaintiff

Date: March 12, 2015

NGS/CoreSource
Eligibility Claims Department
PO BOX 2310
Mt. Clemens, MI  48046-2310

**Electronic Service Requested**

3-DIGIT 484

18635 1.0129 AT 0.381

PABLO SANCHEZ
AND GEORGIA SANCHEZ
1666 N OREGON
LAPEER, MI  48446-1246                    72

DOCTORS' HOSPITAL OF MI
461 WEST HURON ST.
PONTIAC, MI  48341
(248) 857-7200

Employer:
DOCTORS' HOSPITAL OF MI

Coverage:
EMPLOYEE MEDICAL PLAN - HAP PPO
EMPLOYEE DENTAL PLAN - DELTA DENTAL
EMPLOYEE VISION PLAN
(1) EMPLOYEE PHARMACY PLAN - 4D

5/08/2013                    NOTICE OF ELIGIBILITY
                GROUP BENEFIT PLAN COBRA COVERAGE

THIS NOTIFICATION LETTER SUPERSEDES ANY PREVIOUS LETTERS.
Federal law requires that most group health plans (including your Plan) give covered
employees and their families the opportunity to continue their health care coverage when
there is a qualifying event that results in a loss of coverage under an employer's plan.

Coverage under the group benefit plan(s) named above terminates on  5/01/2013 for you
and/or your dependents, if any, listed on the enclosed Benefit Election Form. Your
loss of coverage is due to a medical leave of absence.  The date of the
event that caused your loss of coverage was  5/01/2013.

Any one of the enrolled individuals listed has the independent right to elect coverage.
Coverage may be elected by completing and returning the enclosed Benefit Election Form
postmarked by  7/07/2013.

This document explains when payment is due for anyone electing continuation coverage.
Continuation coverage will end on the earlier of the following dates:

 - 11/01/2014;
 - The date you fail to pay any required premium;
 - The date all group health plans sponsored by the above named employer terminate;
 - The date you or your listed dependents become covered by Medicare, provided
   the date of coverage is after your COBRA election date.  You must notify the
   Plan Administrator in writing within 30 days if, after electing COBRA coverage,
   a qualified beneficiary enrolls in Medicare Part A or B.  (The Plan reserves the
   right to retroactively cancel COBRA coverage and will require reimbursement of
   all benefits paid after the date of commencement of Medicare entitlement);
 - The date you or your listed dependents become covered under another group health
   plan provided the date coverage begins is after your COBRA election date.  However,
   if the other group health plan has any pre-existing condition exclusions or
   limitations that you or your dependents may have, you may still have the right to
   continuation coverage.

The current cost for continuation coverage is shown on the enclosed Monthly Premium
Rate Sheet.  To elect COBRA coverage, you must fully complete and sign the Benefit
Election Form.  For additional information, please contact DOCTORS' HOSPITAL OF MI
or contact NGS CoreSource.

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12



EXHIBIT
1

Page 2

IMPORTANT INFORMATION ABOUT YOUR COBRA CONTINUATION
COVERAGE RIGHTS

**What Is Continuation Coverage?**

Federal law requires that most group health plans (including your Plan) give employees
and their families the opportunity to continue their health care coverage when there is
a qualifying event that results in a loss of coverage under an employer's plan.  A
qualifying event may be one of the following:  termination of employment; death of the
employee; reduction in hours of employment; divorce; legal separation in those states
that recognize legal separation; loss of dependent child status.  Depending on the type
of qualifying event, qualified beneficiaries can include the employee covered under the
group health plan, a covered employee's spouse, and dependent children of the covered
employee.  Continuation coverage is the same coverage that the Plan gives to other
similarly situated participants or beneficiaries under the Plan who are not receiving
continuation coverage.  Each qualified beneficiary who elects continuation coverage will
have the same rights under the Plan as other similarly situated participants or
beneficiaries covered under the Plan, including (if applicable) Open Enrollment or Special
Enrollment rights.  The persons listed on the enclosed Benefit Election Form have
been identified by the plan as qualified beneficiaries entitled to elect continuation
coverage.  Specific information describing continuation coverage can be found in the
Plan's Summary Plan Description (SPD) which can be obtained from your employer.

**How Long Will Continuation Coverage Last?**

In the case of a loss of coverage due to the end of employment or reduction in hours of
employment, coverage may be continued for up to 18 months.  In the case of a loss of
coverage due to an employee's death, divorce, legal separation in those states that
recognize legal separation, the employee's enrollment in Medicare, or a dependent child
ceasing to be a dependent under the terms of the plan, coverage may be continued for
up to 36 months   The maximum period of continuation coverage available to the listed
qualified beneficiaries is shown on the enclosed Benefit Election Form.

Continuation coverage will be terminated before the end of the maximum period if any
required premium is not paid on time, if a qualified beneficiary becomes covered under
another group health plan that does not impose any pre-existing condition exclusion for
a pre-existing condition of the qualified beneficiary, if a qualified beneficiary enrolls
in Medicare, or if the employer ceases to provide any group health plan for its employees.
Continuation coverage may also be terminated for any reason the plan would terminate
coverage of a participant or beneficiary not receiving continuation coverage (such
as fraud).

**How Can You Extend The Length Of Continuation Coverage?**

If you elect continuation coverage, an extension of the maximum period of 18 months of
coverage may be available if a qualified beneficiary is disabled or if a second qualifying
event occurs.  You must notify the Plan Administrator or NGS CoreSource of a
disability or a second qualifying event in order to extend the period of continuation
coverage.  Failure to provide such notice may affect the right to extend the period of
continuation coverage.

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12



# CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

1. Date of this certificate: 07-10-2013
2. This certificate was issued under the group health plan sponsored by:   DOCTORS' HOSPITAL OF MI
3. Name of participant:   PABLO SANCHEZ
4. Participant Identification Number:  CN3113470
5. Name, address and telephone number of Plan Administrator:

6. Coverage Information:

| Name of Participant(s) | Date Waiting Period Began | Date Coverage Began | Date Coverage Ended | Coverage Type |
|---|---|---|---|---|
| SANCHEZ, PABLO | N/A | 06-01-2009 | 06-01-2013 | Health |

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12



EXHIBIT
2

Note: In accordance with the Health Insurance Portability and Accountability Act, only periods of coverage July 01, 1996 or later



# CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

1. Date of this certificate: 07-10-2013
2. This certificate was issued under the group health plan sponsored by:   DOCTORS' HOSPITAL OF MI
3. Name of participant:   GEORGIA SANCHEZ
4. Participant Identification Number:   CN3113470
5. Name, address and telephone number of Plan Administrator:

6. Coverage Information:

| Name of Participant(s) | Date Waiting Period Began | Date Coverage Began | Date Coverage Ended | Coverage Type |
|---|---|---|---|---|
| SANCHEZ, PABLO | N/A | 06-01-2009 | 06-01-2013 | Health |

Note: In accordance with the Health Insurance Portability and Accountability Act, only periods of coverage July 01, 1996 or later

PNC Online Banking

5/2/14, 8:53 AM

Received for Filing Oakland County Clerk 2015 MAR 12 PM 04:12



PNC Online Banking

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 05/08/2013 | Check 3449 | $532.99 | 4232404299 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday – Friday: 7 a.m. – 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

© Copyright 2010, The PNC Financial Services Group, Inc. All Rights Reserved.



EXHIBIT

3